IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VRAJ MITESHKUMAR PATEL; and PRIYANSHI MITESHKUMAR PATEL,<br><br>    Plaintiffs,<br><br>    v.<br><br>UR JADDOU, Director of USCIS and the United States,<br><br>    Defendant. | CIVIL ACTION NO.: 4:24-cv-41 |

**O R D E R**

Before the Court is a "Consent Motion for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)," signed and filed by counsel for Plaintiffs and counsel for Defendant, in which the parties move to dismiss this action without prejudice. (Doc. 5.) Defendant has not filed an Answer or a Motion for Summary Judgment. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action has been **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 18th day of June, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA